FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 26  P 5: 00

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER *PRO HAC VICE*, AND OPERATOR OF THE TUGBOAT, MISS TANYA, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION 00-0238<br><br>NO.<br>SECTION: SECT. L MAG. 4<br><br>MAGISTRATE: |

## ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on the 25th day of January, 2000, by plaintiff-in-limitation, Wilson Marine Transporters, as owner, owner *pro hac vice*, charterer and/or operator of the M/V MISS TANYA, claiming exoneration from and/or limitation of liability as provided in 46 U.S.C. §§181-189, for all losses, damages, injuries, deaths or destruction allegedly resulting from or arising out of an incident occurring on or about June 13, 2000, when one Allen Taylor allegedly sustained injury, all as referred to in the foregoing Complaint, and said plaintiff-in-limitation having filed a cash bond for costs and filed an *ad interim* stipulation for value of said vessel and her pending freight, all as required by the rules of this court and by law;

N0463055 1

DATE OF ENTRY  JAN 27 2000

**NOW, THEREFORE**, on motion of Jefferson R. Tillery and Norman E. Anseman III of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., attorneys for plaintiff-in-limitation:

**IT IS ORDERED** that the Stipulation for Costs (cash bond) in the sum of TWO HUNDRED FIFTY-TWO THOUSAND FIVE HUNDRED AND 00/100 ($252,500.00) DOLLARS executed on the 25th day of January, 2000, by the plaintiff-in-limitation, Wilson Marine Transporters, as principal, be accepted and approved as to quantum, form and surety; and

**IT IS FURTHER ORDERED** that the *ad interim* stipulation for the value of plaintiff-in-limitation's interest in the M/V MISS TANYA and her pending freight, in the principal amount of $252,500.00 with interest thereon at the rate of six percent (6%) per annum from date hereof executed on the 25th day of January, 2000, by plaintiff-in-limitation, as principal, and by American Guarantee and Liability Insurance Company, as surety, and filed herein by the plaintiff-in-limitation, be accepted as an *ad interim* stipulation for the purpose of an exoneration from and/or limitation of liability proceeding and that it be approved as to form, quantum and surety; and

**IT IS FURTHER ORDERED** that the plaintiff-in-limitation and any claimant who may properly become a party hereto may contest the amount or value of plaintiff-in-limitation's interest in the M/V MISS TANYA and her pending freight as fixed in said *ad interim* stipulation, and may move the Court for due appraisal of said interest and

may apply to have the amount of said stipulation increased or diminished, as the case may be, on the determination by the Court of the amount or value of said interest; and

**IT IS FURTHER ORDERED** that a notice be issued out of and under the seal of this Court advising and admonishing all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly resulting from or incident to the occurrences and happenings recited in the accompanying Complaint, to file their respective claims with the Clerk, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on or before the 25TH day of March, 2000, and serve on plaintiff-in-limitation's attorneys, Jefferson R. Tillery and Norman E. Anseman III of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.C., 201 St. Charles Ave., 48th Floor, New Orleans, LA 70170, a copy thereof, and require any claimant who desires to contest plaintiff-in-limitation's right to exoneration from and/or right to limitation of liability to file and serve an answer to the Complaint, unless his claim has included an answer;

**IT IS FURTHER ORDERED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure published in a newspaper of general circulation in and for the City of New Orleans, namely, the Times Picayune, once a week for four successive weeks prior to the date fixed for the filing of claims; Attorneys for plaintiff-in-limitation are to cause the publication to be made;

**IT IS FURTHER ORDERED** that the commencement or further prosecution of any actions or proceedings against plaintiff-in-limitation, their sureties, their underwriters and insurers, including the M/V MISS TANYA, or any of their property with respect to any claims for which plaintiff-in-limitation seeks limitation of liability herein, including any claim arising out of, or incident to, or connected with, any loss, damage, injury, death or destruction, resulting from the happenings or incidences described in the accompanying Complaint, be and the same is hereby stayed and restrained until the hearing and determination of this proceeding;

**IT IS FURTHER ORDERED** that plaintiff-in-limitation, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person known to have made a claim against the M/V MISS TANYA, or against the plaintiff-in-limitation, arising out of the accident or injuries, or death, described in the accompanying Complaint.

New Orleans, this 26TH day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE