

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER *PRO HAC VICE*, AND OPERATOR OF THE TUGBOAT, MISS TANYA, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 00-0238<br><br>SECTION: "L", MAG. 4 |

### MOTION FOR LEAVE AND ORDER TO FILE NOTARIZED SUBSTITUTE AFFIDAVIT

NOW INTO COURT, through undersigned counsel, come complainant, Wilson Marine Transporters who move this Honorable Court for leave to file and substitute the attached Affidavit executed by H.E.Breit, III previously filed in conjunction with their Complaint for Exoneration and/or Limitation of Liability filed on January 25, 2000 for the reason that the Affiant's signature on the originally attached affidavit was a fax copy and had not been notarized.

Considering the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that complainants, Wilson Marine Transporters be and are hereby granted leave to file and substitute the attached

N0463757.1


DATE OF ENTRY FEB 0 1 2000



Affidavit of H.E. Breit, III for and in place of previously filed affidavit which was filed in conjunction with their Complaint for Limitation of Liability filed on January 25, 2000.

_____
JUDGE

Respectfully submitted,

_____
JEFFERSON R. TILLERY, ESQ.  #17831
NORMAN E. ANSEMAN #24943
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Attorneys for Complainants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this __28th__ day of __January__, 2000.

_____
Norman E. Anseman

N0463757.1