U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 5-15-00
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                          SECTION: L

You are hereby notified that the following cases in which issue is not joined, or in which no action has taken place within the past 60 days, will be called on **WEDNESDAY, JUNE 21, 2000, at 9:00 am by JUDGE ELDON E. FALLON**, and if no good cause be shown for such inaction, they will be dismissed:

| Case No. | Caption |
|---|---|
| 96-554 | JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL |
| ORDERED: | |
| 98-2446 | DIANNE M. GUYTON V REGIONS BANK, ET AL |
| ORDERED: | |
| 99-1790 c/w 93-587 | DAVIS OIL COMPANY V. GULF CANADA RESOURCES LIMITED |
| ORDERED: | |
| 99-2296 | CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL |
| ORDERED: | |
| 99-2937 | DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL |
| ORDERED: | |
| 99-3087 | KEITH LAURENDINE V. TEAMSTERS LOCAL 270, ETC. |
| ORDERED: | |
| 99-3375 | MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL |
| ORDERED: | |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL |
| ORDERED: | |
| 99-3734 | IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC. |
| ORDERED: | |
| 99-3873 c/w 96-3602 | GERARD FAUCHEUX V. LA. WORKERS COMPENSATION CORP., ET AL |
| ORDERED: | |
| 99-3918 | PHILIP NASCA V. COX COMMUNICATIONS OF NEW ORLEANS |
| ORDERED: | |
| 99-3921 | STEEL COILS, INC. V. MV CAPTAIN NICHOLAS I, ET AL |
| ORDERED: | |
| 00-130 | TRAVELERS PROPERTY CASUALTY, ET AL V. BARGE MG-322, ET AL |
| ORDERED | |
| (00-238) | IN RE: WILSON MARINE TRANSPORTERS |
| ORDERED: | |
| 00-267 | KEITH LANDRY, ET AL V. MARINE TRANSPORT LINES, INC., ET AL |
| ORDERED: | |

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___

CALL DOCKET - WEDNESDAY, JUNE 21, 2000 - 9 AM - SECTION L

| Case No. | Caption |
|---|---|
| 00-313 | PERUSAHAAN PERTAMBANGAN MINYAK DAN V. MV CHAINAT NAVEE |
| ORDERED: | |
| 00-329 | HARRY MENDOZA V. RONAL SERPAS, ET AL |
| ORDERED: | |
| 00429 | NORTH AMERICAN CAPACITY INS. CO V. BRISTER'S THUNDER KARTS |
| ORDERED: | |
| 00-433 | LABORERS NATIONAL PENSION FUND, ET AL V. ELAINE SMITH |
| ORDERED: | |
| 00-435 | UNITED STATES OF AMERICA V. ADRIANE NORRIS HATCHER |
| ORDERED: | |
| 00-516 | CARGILL FERROUS INT'L. V. MV REDUTA ORDONA, ET AL |
| ORDERED: | |
| 00-788 | UNITED STATES OF AMERICA V. WESLEY P. LALONDE |
| ORDERED: | |
| 00-805 | DEBRA SUSAN BRYANT, ET AL V. AETNA U. S. HEALTH CARE, ET AL |
| ORDERED: | |

*(signature)*
Gaylyn M. Lambert
Courtroom Deputy - Section L
504-589-7686