U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 6-27-00
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FALLON, J.
JUNE 21, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                              SECTION: L

The following cases were called this date to show cause why they should not be dismissed. After hearing, IT IS ORDERED that said cases be disposed of as follow:

96-554      JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL
ORDERED:   Case closed for statistical purposes.

98-2446     DIANNE M. GUYTON V. REGIONS BANK, ET AL
ORDERED:   DISMISSED WITHOUT PREJUDICE.

99-1790     DAVIS OIL COMPANY V. GULF CANADA RESOURCES LIMITED
c/w 93-587
ORDERED:   PASSED 60 DAYS.

99-2296     CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL
ORDERED:   Issue Joined.

99-2937     DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL
ORDERED:   PASSED 60 DAYS.

99-3087     KEITH LAURENDINE V. TEAMSTERS LOCAL 270, ETC.
ORDERED:   Mtn & Order passed for 30 days.

99-3375     MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL
ORDERED:   Mtn & Order for Leave to File 2nd Amended Complaint.

99-3476     SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL
ORDERED:   Motion & Order to Pass 30 days from 6-21-00.

99-3734     IRENE THOMASON, ET AL V MEDICAL CENTER OF LOUISIANA, ETC.
ORDERED:   Summons & Complaint re-issued to defendant 6-5-00.

99-3873     GERARD FAUCHEUX V. LA. WORKERS COMPENSATION CORP., ET AL
c/w 96-3602 (Lawrence Arcell, Esq.)
ORDERED:   PASSED; THE COURT WILL SCHEDULE A STATUS CONFERENCE.

99-3918     PHILIP NASCA V. COX COMMUNICATIONS OF NEW ORLEANS
ORDERED:   Issue Joined

99-3921     STEEL COILS, INC. V. MV CAPTAIN NICHOLAS I, ET AL
ORDERED:   Issue Joined

00-130      TRAVELERS PROPERTY CASUALTY, ET AL V. BARGE MG-322, ET AL
ORDERED    Issue Joined

00-238      IN RE: WILSON MARINE TRANSPORTERS     (Chris Mann, Esq.)
ORDERED:   PASSED 60 DAYS.

00-267      KEITH LANDRY, ET AL V. MARINE TRANSPORT LINES, INC., ET AL
ORDERED:   Issue Joined

DATE OF ENTRY 6-27-00

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

CALL DOCKET - WEDNESDAY, JUNE 21, 2000 - 9 AM - SECTION L

00-313      PERUSAHAAN PERTAMBANGAN MINYAK DAN V. MV CHAINAT NAVEE
ORDERED:  Issue Joined
00-329      HARRY MENDOZA V. RONAL SERPAS, ET AL     (Heather Cross, Atty.)
ORDERED:   DEFENDANT, NOPD, DISMISSED WITHOUT PREJUDICE.
00-429      NORTH AMERICAN CAPACITY INS. CO V. BRISTER'S THUNDER KARTS
ORDERED:  Issue Joined
00-433      LABORERS NATIONAL PENSION FUND, ET AL V. ELAINE SMITH
ORDERED:   PASSED 30 DAYS.
00-435      UNITED STATES OF AMERICA V. ADRIANE NORRIS HATCHER
ORDERED:    Notice of Voluntary Dismissal
00-516      CARGILL FERROUS INT'L  V. MV REDUTA ORDONA, ET AL
ORDERED:   Issue Joined
00-788      UNITED STATES OF AMERICA V. WESLEY P LALONDE
ORDERED:   Notice of Voluntary Dismissal.
00-805      DEBRA SUSAN BRYANT, ET AL V. AETNA U. S. HEALTH CARE, ET AL
ORDERED:   Mtn & Order for Extension 30 days from 6-21-00 to answer.

