

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER *PRO HAC VICE*, AND OPERATOR OF THE TOWBOAT M/V REALITY, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 00-238<br><br>SECTION L(4)<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE ROBY |

### MOTION TO SUBSTITUTE ORIGINAL AFFIDAVIT

Now into Court through undersigned counsel Wilson Marine Transporters and moves this Court for an order substituting the original affidavit for verification by the Times Picayune (Exhibit A). Inadvertently, a copy of this affidavit was filed with Wilson Marine's Motion for Entry of Default.

Respectfully submitted,

JEFFERSON R. TILLERY (#17831)
NORMAN E. ANSEMAN III (#24943)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Attorneys for Plaintiff-in-Limitation,
Wilson Marine Transporters, Inc.

N0563146 1

DATE OF ENTRY
SEP 2 7 2000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this 19th day of September, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER *PRO HAC VICE*, AND OPERATOR OF THE TOWBOAT M/V REALITY, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 00-238<br><br>SECTION L(4)<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE ROBY |

## O R D E R

**CONSIDERING** the foregoing Motion to Substitute Original Affidavit it is hereby

**ORDERED, ADJUDGED and DECREED** Wilson Marine Transporters be allowed to substitute the original affidavit of the Times Picayune in place of the copy of it which was filed with Wilson Marine's Motion for Entry of Default.

Signed this _____ day of _____, 2000.

_____
JUDGE, Eastern District of Louisiana

N0563146 1