UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE WILSON MARINE TRANSPORTERS | * | CIVIL ACTION |
| | * | NUMBER: 00-238 |
| | * | SECTION "L" MAG 4 |

* * * * * * * * * * * * * * * * * *

## MOTION REQUESTING LEAVE TO FILE EXHIBITS

NOW INTO COURT, through undersigned counsel, comes Oceanside, Inc who respectfully requests that the attached exhibits be filed in the above entitled action and offers the following:

In order to protect their interests, Oceanside obtains a "continuing security interest" from the borrower (in this instance, Allen D. Taylor) in any proceeds the borrower may receive as the result of his personal injury claim. In order to provide notice to all concerned parties, Oceanside desires to file, in the above-entitled action, the documentary evidence of the debt of Allen Taylor. Specifically, those documents are a) the promissory note, b) the Federal Truth-in-Lending Disclosure Statement and Security Agreement, and c) the Uniform Commercial Code Form UCC-1.

Wherefore, Oceanside, Inc. prays for leave to file herein the attached aforementioned documents.

Respectfully submitted,

JEFFREY M. REILLY (Bar #16774)
2609 Canal Street Suite 300
New Orleans, Louisiana 70119
Telephone: (504) 822-6367
Facsimile: (504) 827-2855

DATE OF ENTRY
NOV 16 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE WILSON MARINE TRANSPORTERS | * | CIVIL ACTION |
| | * | NUMBER: 00-238 |
| | * | SECTION "L" MAG 4 |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion, let the promissory note, the Federal Truth-in-Lending Disclosure Statement and Security Agreement, and the Uniform Commercial Code Forms UCC-1 of Allen D. Taylor be filed.

New Orleans, Louisiana, this 16th day of November, 2000.

_____
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, this 9th day of November, 2000.

_____