```
              FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2001 FEB -7 PM 12: 21

          LORETTA G. WHYTE
               CLERK
```

**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 6, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE TRANSPORTERS, INC. | CIVIL ACTION<br><br>NUMBER 00-238<br><br>SECTION "L" (4) |

A status conference in the above captioned matter was held in Chambers on this date at 3:30 p.m. In attendance were Jefferson Tillery for Wilson Marine Transporters, Inc.; Michael A. Fenasci for Allen Taylor; and Jeffrey Reilly, Sr. for Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C. The Court indicated that the trial date was firm and would be enforced.

IT IS ORDERED that plaintiff's counsel contact the United States Magistrate Judge assigned to this matter for the purpose of arranging a settlement conference at a mutually acceptable date and time. The conference should take place not later than 30 days prior to the scheduled pre-trial conference.

cc: United States Magistrate Judge Roby.

```
DATE OF ENTRY
FEB  7 2001
```

```
___ Fee_____
___ Process___
X   Dktd_____
___ CtRmDep___
    Doc.No. 17
```