FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 AM 8:39
FEB 09 2001
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**February 7, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE | CIVIL ACTION |
| | NO: 00-0238 |
| | SECTION: "L" (4) |

On January 22, 2001, Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C. ("movers") filed a **Motion to Intervene for Payment of Promissory Note and Medical Testing (doc. # 16)**. The movers seek to intervene in order to assert their right to a portion of any proceeds that the plaintiff may realize as a result of the above captioned suit, pursuant to the terms of a promissory note assigned to Oceanside and Diagnostic's invoice for medical services.

The Motion to Intervene was set for hearing on February 7, 2001. None of the parties have not filed an opposition to the motion. Local Rule 7.5E states:

> Each party opposing a motion shall file, in duplicate, a memorandum of the reasons advanced in opposition to the motion and a list of citations of the authorities upon which the opponent relies or copies of these authorities no later than the eighth calendar day prior to the noticed hearing and shall at the same time serve a copy thereof on the opposing on the opposing party.

DATE OF ENTRY
FEB 9 2001

___Fee___
___Process___
_X_/Dktd___
___/CtRmDep___
Doc.No.___

Accordingly,

**IT IS THEREFORE ORDERED** that Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C.'s **Motion to Intervene for Payment of Promissory Note and Medical Testing (doc. # 16)** is hereby **GRANTED AS UNOPPOSED**.

									_____
									KAREN WELLS ROBY
									UNITED STATES MAGISTRATE JUDGE