UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE WILSON MARINE TRANSPORTERS | * | CIVIL ACTION |
| | * | NUMBER: 00-238 |
| * * * * * * * * * * * * | | SECTION "L" MAG 4 |

PETITION OF INTERVENTION

NOW INTO COURT, through undersigned counsel, come Oceanside, Inc., and Diagnostic Management Affiliates, L.L.C. and allege as follows:

1.

Oceanside, Inc., made a loan to Allen Taylor for his living expenses while this action was pending as evidenced by the following described promissory note:

1) A certain promissory note dated October 1, 1999, in the face amount of $1,740.00, payable at the office of Oceanside, Inc.,

made, signed, and executed by Allen Taylor. A copy of the promissory note described above is attached hereto and made a part hereof as fully as if copied in extenso. The promissory note was pre-computed. As of January 2, 2001, the balance remaining due (with accrued interest) on the promissory note was $1,319.

2.

At the time he executed the promissory note, Allen Taylor executed an assignment in favor of the holder of the note for its payment from such proceeds as he may realize as a result of the above captioned cause. A copy of the assignment is attached hereto and made a part hereof as fully as if copied in extenso.

4.

In connection with his claim related to this cause, Allen Taylor had an MRI of his right knee done by Diagnostic Imaging. Diagnostic Management Affiliates, L.L.C., in accordance with their agreement with Allen Taylor, paid for the MRI and issued a statement for $1,045.00. Also in accordance with the aforementioned agreement, service charges at the rate of 1½% on the unpaid balance began to accrue 120 days after the date of the test and as of January 2, 2001, service charges in the amount of $62.70 had accrued.

5.

From any settlement or judgment in favor of Allen Taylor arising from the above captioned cause, Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C. are entitled to be paid, in preference and priority, the amount due on the promissory note and invoice, respectively, in accordance with the terms thereof.

WHEREFORE, Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C. pray that they be allowed to intervene in the above captioned cause and that, in the event of a settlement or judgment in favor of Allen Taylor, Oceanside be awarded the sum of $1,319.39, and Diagnostic Management Affiliates, L.L.C. the sum of $1,107.70 plus all additional interest/service charges accruing after January 2, 2001, in accordance with the terms of the loan by Oceanside, Inc. and the invoice of Diagnostic Management Affiliates, L.L.C.

Respectfully submitted,

JEFFREY M. REILLY (Bar #16774)
2609 Canal Street Suite 300
New Orleans, Louisiana 70119
Telephone: (504) 822-6367
Facsimile: (504) 827-2855

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE WILSON MARINE TRANSPORTERS | * | CIVIL ACTION |
| | * | NUMBER: 00-238 |
| * * * * * * * * * * * * * | | SECTION "L" MAG 4 |

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE
FOR PAYMENT OF PROMISSORY NOTE AND MEDICAL TESTING

1.

Allen Taylor requested that Oceanside, Inc. advance funds to him for living expenses during the pendency of these proceedings and executed a promissory note secured by an assignment, in favor of the holder of the note, to have any balance due on the note paid from any award he might receive as a result of these proceedings.

2.

Allen Taylor requested that Diagnostic Management Affiliates, L.L.C. secure the services of a medical provider for him (and pay the costs of such services) for an MRI of his knee so that he could pursue his cause of action against Wilson Marine Transporters and, on August 26, 1999, he granted an assignment of an interest in any proceeds he may realize as a result of his claim against Wilson Marine Transporters to Diagnostic Management Affiliates, L.L.C.

3.

Due to the specific assignment of an interest in these proceedings by Allen Taylor to Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C., they have the right to intervene herein on the grounds set forth in the Federal Rules of Civil Procedure, Rule 24(a)(2).

4.

This intervention will not delay nor unduly increase the length of any trial in this case.

FOR THE FOREGOING REASONS, Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C. move to intervene in these proceedings in order to recover the sums due from Allen Taylor pursuant to the assignments made to them.

Respectfully submitted,

JEFFREY M. REILLY (Bar #16774)
2609 Canal Street, Suite 300
New Orleans, Louisiana 70119
Telephone: (504) 822-6367
Facsimile: (504) 827-2855