FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -1 AM 11:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER *PRO HAC VICE*, AND OPERATOR OF THE TOWBOAT M/V REALITY, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 00-238<br><br>SECTION L(4)<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE ROBY |

### WITNESS LIST/EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiff-in-limitation, Wilson Marine Transporters, and states that it may call the following witnesses and introduce the following exhibits at trial in the above matter:

### WITNESSES

1. John Fontenot

2. Alan Taylor

3. Dr. Toussaint LeClercq

4. Dr. John Cazale

5. David Ales

N0676869.1

6. John Wilson, Jr.

7. Dr. Isadore Brinkman

8. John Theriot

9. Any witness(es) named by any other parties

10. Wilson Marine specifically reserves the right to amend its Witness List once discovery is completed.

EXHIBITS

1. Allen Taylor's tax records and/or social security records

2. Report of John Theriot

3. All medical records/reports related to treatment of Allen Taylor

4. Any exhibit(s) listed by any other parties

5. Wilson Marine specifically reserves the right to amend its Exhibit List once discovery is completed.

Respectfully submitted,

_____
JEFFERSON R. TILLERY (Bar # 178310)
NORMAN E. ANSEMAN III (Bar #24943)
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Attorneys for Wilson Marine Transporters

## Certificate of Service

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the U.S. mail, postage prepaid and properly addressed this ___ day of June 2001.

_____