UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 29 PM 1:41
JUN 29 2001
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF WILSON MARINE TRANSPORTERS, AS OWNER, OWNER PRO HAC VICE, AND OPERATOR OF THE TUGBOAT, MISS TANYA, PRAYING FOR EXONERATION FROM AND/OR OF LIMITATION OF LIABILITY | * * * * | CASE NO. 00-0238  SECTION "L"  MAGISTRATE (4) |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS LIST / EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes claimant-in-limitation,

Allen Taylor, who, pursuant to the instructions of this Honorable Court, respectfully submits the

following list of witnesses who may be called by claimant-in-limitation and introduce the

following exhibits at trial in the above matter:

1.    Allen Taylor;

2.    John Wilson, Jr.;

3.    John Fontenot;

4.    John Theriot;

5.    David Ales;

6.    Dr. John Cazale, IV;

7.    Dr. Charles Aprill;

8.    Dr. Isadore Brickman;

9.    Dr. Toussaint LeClercq;

10.    Dr. F. Allen Johnston;

11.    Dr. Brij Mitruka;



Fee
Process
X Dktd
CtRmDep
Doc.No.

12.    Dr. Daniel Rovira;

13.    G. Randolph Rice, Ph.D.;

14.    Representative, R.S.Medical;

15.    Representative, Magnolia Diagnostic;

16.    Representative, LSU Healthcare Network;

17.    Representative, A.M.M.S., Inc.;

18.    Representative, Gulf Coast Medical Consultants;

19.    Representative, Diagnostic Imagining Services;

20.    Any and all witnesses called and/or listed by any other party to this litigation;

21.    Any and all witnesses not presently known to petitioner, but who may become known to petitioner, after giving due notice of same to this Honorable Court and all counsel of record;

22.    Claimant-in-limitation, Allen Taylor, reserves his right to amend Witness List once discovery is completed.

### EXHIBITS

1.    Medical reports, medical documents, office notes, X-Ray and MRI films and related reports, test results, bills, invoices and any other medical information and/or documentation from any and all treating physicians of Allen Taylor;

2.    Income records of Allen Taylor, including, but not limited to, Federal and State Income Tax Returns and Wage Statements;

3.    Interrogatories and responses thereto;

4.    Personnel records of Allen Taylor;

5.    Log of M/V MISS TANYA;

6.    Crew List of the M/V MISS TANYA;

7.    Any and all depositions, including drawings, made during the course of this litigation;

8.    Any exhibit sought to be introduced or listed by any other party to this litigation.

9.    Claimant-in-limitation, Allen Taylor, reserves his right to amend Exhibit List once

discovery is completed.

Respectfully submitted,

Fenasci & Associates

By: _____

MICHAEL A. FENASCI (#5508)
1200 S. Clearview Pkwy., Ste. 1170
Harahan, Louisiana 70123
Telephone: (504) 818-1555

Attorney for Claimant-in-Limitation ,
Allen Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all

counsel of record, by depositing same in the United States mail, postage pre-paid, this

_____ day of _____, 2001.

_____

MICHAEL A. FENASCI