FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 AM 11:58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
July 12, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE | CIVIL ACTION |
| | NO: 00-0238 |
| | SECTION: "L" (4) |

A Settlement Conference was held on this date. Participating were: Norman E. Anseman, III, Clint Szibinski, and Joe Levigne representing the petitioner, Jeffrey Michael Reilly, Sr., representing the intervenor, and Perrin Butler substituting for Michael A. Fenasci for the claimant.

The parties were unable to reach a settlement. However, negotiations are ongoing by telephone Counsel for the claimant will contact the undersigned by telephone on **July 18, 2001.**

DATE OF ENTRY
JUL 1 6 2001

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE