```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 JUL 23  A 11: 34

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
FALLON, J.
JULY 19, 2001

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE TRANSPORTERS, INC. | CIVIL ACTION<br><br>NUMBER  00-238<br><br>SECTION "L" (4) |

A telephone status conference in the above captioned matter was held on this date at 3:00 p.m. Participating were Norman E. Anseman, III, for Wilson Marine Transporters, Inc. Michael A. Fenasci for Allen Taylor, and Jeffrey Reilly, Sr. for Oceanside, Inc. and Diagnostic Management Affiliates, L.L.C.

IT IS ORDERED that the trial in this case SHALL BE CONTINUED from August 20, 2001 at 9:00 a.m. until OCTOBER 1, 2001 at 9:00 a.m. and the pretrial conference is CONTINUED from August 6, 2001 until SEPTEMBER 14, 2001 at 1:30 p.m.

DATE OF ENTRY
JUL 2 3 2001