UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF WILSON MARINE | * | CASE NO. 00-0238 |
| TRANSPORTERS, AS OWNER, OWNER | | |
| PRO HAC VICE, AND OPERATOR OF | * | SECTION "L" |
| THE TUGBOAT, MISS TANYA, PRAYING | | |
| FOR EXONERATION FROM AND/OR OF | * | MAGISTRATE (4) |
| LIMITATION OF LIABILITY | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT,** comes Michael A. Fenasci of the Law Firm of Fenasci & Associates, attorney of record for claimant-in-limitation, Allen Taylor, who respectfully desires to advise all parties of this proceeding that his new address is as follows:

> Michael A. Fenasci
> Fenasci & Associates
> 5400 Mounes Blvd.
> Suite 206
> Jefferson, Louisiana 70123
> Telephone: (504) 818-1555
> Fax: (504) 818-1666

**WHEREFORE,** mover prays that this notice be deemed good and sufficient and that all parties are hereby notified of said change in address.

Respectfully submitted,

Fenasci & Associates

By: _____
MICHAEL A. FENASCI (#5508)
5400 Mounes Blvd., Ste. 206
New Orleans, Louisiana 70123
Telephone: (504) 818-1555

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record, by depositing same in the United States mail, postage pre-paid, this 3rd day of Aug., 2001.

*Michael A. Fenasci*
MICHAEL A. FENASCI