```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2001 AUG -8  P 4: 23

                                       LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**ROBY, M. J.**
**August 8, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE | CIVIL ACTION |
| | NO:   00-0238 |
| | SECTION: "L" (4) |

Settlement Conferences were held by telephone in July and continued until this date. Participating were: Norman E. Anseman, III representing the plaintiffs and Michael A. Fenasci representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Eldon E. Fallon**

```
DATE OF ENTRY
AUG 0 9 2001
```