```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2001 AUG 15  AM 10: 28

            LORETTA G. WHYTE
                 CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WILSON MARINE TRANSPORTERS, INC. | CIVIL ACTION<br><br>NUMBER 00-238<br><br>SECTION "L" (4) |

### ORDER OF DISMISSAL

The Court having been advised by the United States Magistrate Judge that the above action is settled;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court retains jurisdiction during the sixty days to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 15 day of Aug, 2001.

DATE OF ENTRY
AUG 1 5 2001

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.
```